| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court) 1:00-CR-328-01 |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Anthony Flowers<br>131 Moore Street<br>Brooklyn, NY  11206 | Middle/PA | Harrisburg |
| | NAME OF SENTENCING JUDGE<br>The Honorable Sylvia H. Rambo | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM 5/16/14 — TO 5/15/18 |

**OFFENSE**

21 USC § 841(a)(1) - Distribution and Possession With Intent to Distribute in Excess of 5 Grams of Cocaine Base

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __MIDDLE__ DISTRICT OF __PENNSYLVANIA__

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __ED/NY__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_Aug. 20, 2014_                       _[signature]_
Date                                  United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __EASTERN DISTRICT OF NEW YORK__

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/ supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____        _____
Effective Date          United States District Judge

| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court) 1:00-CR-328-01 |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Anthony Flowers<br>131 Moore Street<br>Brooklyn, NY 11206 | Middle/PA | Harrisburg |
| | NAME OF SENTENCING JUDGE<br>The Honorable Sylvia H. Rambo | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM 5/16/14 — TO 5/15/18 |

OFFENSE

21 USC § 841(a)(1) - Distribution and Possession With Intent to Distribute in Excess of 5 Grams of Cocaine Base

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **MIDDLE** DISTRICT OF **PENNSYLVANIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **ED/NY** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Date _Aug. 20, 2014_     _____ United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF NEW YORK**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/ supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____ Effective Date     _____ United States District Judge